**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2241**

---

AUBREY J. EL,

Plaintiff - Appellant,

versus

TEK SYSTEMS, INCORPORATED,

Defendant - Appellee,

and

LUCENT TECHNOLOGIES, INCORPORATED,

Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-02-111-3)

---

Submitted: January 30, 2003     Decided: February 4, 2003

---

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Aubrey J. El, Appellant Pro Se. Philip Michael Keating, DUNN, CURCIO, KEATING & BRACKEN, P.C., Alexandria, Virginia; J. Eric Paltell, KOLLMAN & SAUCIER, P.A., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Aubrey J. El appeals the district court's orders granting the Defendant's motion for summary judgment and denying El's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See El v. Tek Systems, Inc. No. CA-02-111-3 (E.D. Va. Sept. 24, 2002; Oct. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2